December 22, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

RANDY L. YESKE, Appellant

NO. 14-15-00633-CV                  V.

PIAZZA DEL ARTE, INC., SWISS INTERNATIONAL, INC., D/B/A SWISS BUILDERS, TINO BEKARDI, DAVID E. KASSAB AND PAUL GARNEY, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Piazza Del Arte, Inc., Swiss International, Inc., d/b/a Swiss Builders, Tino Bekardi, David E. Kassab and Paul Garney, signed December 1, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in in granting summary judgment on appellant Randy L. Yeske's claims based on violations of the Texas Uniform Condominium Act (other than Yeske's claim that the Piazza Del Arte Homeowners Association was never legally incorporated and collected monies from unit owners without legal authority) and in awarding attorney's fees and expenses to the appellees. The trial court also erred in granting appellee David E. Kassab's Rule 91a motion to dismiss, signed September 27, 2013, and appellee Piazza Del Arte Homeowners Association's motion to sever, signed April 17, 2015. We therefore order that those portions of the judgment are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.